## FIRST NAT. BANK OF FT. SMITH, ARK., v. CHOWNING et al.

No. 14456—Opinion Filed Sept. 18, 1923.

(Syllabus.)

**Appeal and Error—Time for Appeal—Order Discharging Attachment.**

A petition in error to review an order discharging an attachment, by reason of section 809, Comp. St. 1921, must be filed in this court within 30 days after the date of the order appealed from, or the same will be dismissed.

Error from District Court, Marshall County; Geo. S. March, Judge.

Action between the First National Bank of Ft. Smith, Ark., and S. L. Chowning et al. From an order discharging attachment, the bank brings error. Appeal dismissed.

D. C. McDonald and Geo. E. Rider, for plaintiff in error.

Charles E. Coakley, for defendants in error.

McNEILL, J. Plaintiff in error, plaintiff below, filed a petition in error in this court June 12, 1923, to review an order of the lower court made December 5, 1922, discharging an attachment. Defendants in error filed their motion to dismiss the appeal for the reason that the petition in error was not filed here within 30 days from the date of the order appealed from as provided in section 809, Comp. Stat. 1921. The motion must be sustained. Creek County Gas Co. v. Springer et al., 85 Okla. 299, 205 Pac. 502; First National Bank in Oklahoma City v. Ada Music Co. et al., 89 Okla. 29, 213 Pac. 732.

There was a motion for new trial or to vacate and set aside the order, but since a motion for new trial is unnecessary to review the order appealed from, the filing of same did not operate to extend the time within which an appeal must be taken. Reynolds v. Phipps et al., 31 Okla. 788, 123 Pac. 1125.

JOHNSON, C. J., and KANE, HARRISON, and BRANSON, JJ., concur.